United States Bankruptcy Court
Eastern District of Arkansas

In re:                                                              Case No. 13-12234-rdt
Tonya Renee Gunn                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0860-4          User: nicolea          Page 1 of 2          Date Rcvd: Apr 17, 2013
                             Form ID: b9a            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2013.
db          +Tonya Renee Gunn,   2121 Graham Rd.,   Jacksonville, AR 72076-3511
5157016      Citifinancial,   P.O. Box 183041,   Columbus, OH 43218-3041
5157012     +Equifax,   CSC Credit Service,   PO Box 105167,   Atlanta, GA 30348-5167
5157013     +Experian,   701 Experian Parkway,   Allen, TX 75013-3715
5157019     +GMAC,   c/o Hosto and Buchan,   P.O. Box 3397,   Little Rock, AR 72203-3397
5157026     +Portfolio Recovery,   c/o Southern & Allen,   PO Box 17248,   Little Rock, AR 72222-7248
5157028      Seterus,   P.O. Box 2008,   Grand Rapids, MI 49501-2008
5157014     +TransUnion,   P.O. Box 2000,   Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: ecfmail@knollmeyerlaw.com Apr 17 2013 23:54:36     Laura Grimes,
             KNOLLMEYER LAW OFFICE,   2525 John Harden Dr.,   Jacksonville, AR  72076-1819
tr          +EDI: BJFDOWDEN.COM Apr 17 2013 23:38:00     James F. Dowden,   Chapter 7 Panel Trustee,
             212 Center St., 10th Fl.,   Little Rock, AR 72201-2441
ust          E-mail/Text: USTPRegion13.LR.ECF@usdoj.gov Apr 17 2013 23:55:13     U.S. Trustee (ust),
             Office Of U. S. Trustee,   200 W Capitol, Ste. 1200,   Little Rock, AR 72201-3618
5157015     +EDI: CHASE.COM Apr 17 2013 23:48:00     Chase,   P.O. Box 94014,   Palatine, IL 60094-4014
5157018      EDI: DISCOVER.COM Apr 17 2013 23:38:00     Discover,   P.O. Box 71084,   Charlotte, NC 28272-1084
5157022     +EDI: RESURGENT.COM Apr 17 2013 23:48:00     LVNV Funding,   PO Box 10497,
             Greenville, SC 29603-0497
5157021     +EDI: RMSC.COM Apr 17 2013 23:38:00     Lowes,   P.O. Box 530914,   Atlanta, GA 30353-0914
5157025     +Fax: 479-273-3419 Apr 18 2013 00:00:25     Pinnacle Finance,   c/o Hood and Stacy,   216 N. Main,
             Bentonville, AR 72712-5335
5157029      EDI: HFC.COM Apr 17 2013 23:38:00     Sony,   Dept. 7680,   Carol Stream, IL 60116-7680
                                                                                          TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5157017*     Citifinancial,   P.O. Box 183041,   Columbus, OH 43218-3041
5157020*    +GMAC,   c/o Hosto and Buchan,   P.O. Box 3397,   Little Rock, AR 72203-3397
5157023*    +LVNV Funding,   PO Box 10497,   Greenville, SC 29603-0497
5157024*    +LVNV Funding,   PO Box 10497,   Greenville, SC 29603-0497
5157027*    +Portfolio Recovery,   c/o Southern & Allen,   PO Box 17248,   Little Rock, AR 72222-7248
                                                                            TOTALS: 0, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0860-4          User: nicolea            Page 2 of 2           Date Rcvd: Apr 17, 2013
                              Form ID: b9a             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
              James F. Dowden    jfdowden@swbell.net, AR13@ecfcbis.com
              Laura  Grimes   on behalf of Debtor Tonya Gunn ecfmail@knollmeyerlaw.com
              U.S. Trustee (ust)   USTPRegion13.LR.ECF@usdoj.gov,
               Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdo
               j.gov;eliane.m.archambeault@usdoj.gov
                                                                                        TOTAL: 3

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)  Case Number **4:13–bk–12234**

| UNITED STATES BANKRUPTCY COURT Eastern District of Arkansas |
|---|

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/16/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tonya Renee Gunn
2121 Graham Rd.
Jacksonville, AR 72076

| Case Number:<br>4:13–bk–12234<br>Judge: Richard D. Taylor | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–3051 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Laura Grimes<br>KNOLLMEYER LAW OFFICE<br>2525 John Harden Dr.<br>Jacksonville, AR 72076–1819<br>Telephone number:  (501) 985–1760 | Bankruptcy Trustee (name and address):<br>James F. Dowden<br>Chapter 7 Panel Trustee<br>212 Center St., 10th Fl.<br>Little Rock, AR 72201<br>Telephone number:  (501) 324–4700 |

## Meeting of Creditors

Important notice to individual debtors: Debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.

Date:  **May 23, 2013**                Time:  **10:00 AM**

Location:  **U.S. Trustee's Office, Bank of America Building, 200 W. Capitol, 12th Floor – Rm 1210, Little Rock, AR 72201**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/22/13**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court<br>300 W. 2nd Street<br>Little Rock, AR 72201<br>Telephone: 501–918–5500 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jean Rolfs |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  4/17/13 |

# EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any documents that you file in this bankruptcy case should be filed using the court's Electronic Case Filing (ECF) system or at the bankruptcy clerk's office at the Bankruptcy Court address listed on the front side. You may inspect all documents filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, on the court's ECF system or at the bankruptcy clerk's office. |
| Intent to Abandon Property | The trustee may give notice at the meeting of creditors of his intent to abandon property unless objections are filed within 15 days. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices