IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: TONYA RENEE GUNN     CASE NO: 13-12234     CHAPTER 7

## MOTION TO AVOID LIENS
## IMPAIRING DEBTOR'S EXEMPTIONS

For her Motion, Debtor states:

1.   That Portfolio Recovery Associates has two judicial liens on homestead property of the Debtor described below:

A tract of real estate at 2121 Graham Rd., Jacksonville, Pulaski County, Arkansas.

2.   Such liens impair an exemption to which the Debtor is entitled under 11 U.S. C. Section 522(b).

3.   Such liens are judicial liens.

WHEREFORE,  Debtors pray that the liens described above be avoided, for court costs and attorney's fees and for all other just and proper relief to which she is entitled.

**KNOLLMEYER LAW OFFICE, P.A.**
2525 John Harden Drive
Jacksonville, AR 72076
(501) 985-1760

By:/s/Laura Grimes
     Michael Knollmeyer, AR86-105
     Laura Grimes, AR96-243
     Attorneys for Debtor

### CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing was served by electronic noticing or by United States mail properly addressed and postage pre-paid this 9th day of May, 2013, as follows:

| | |
|---|---|
| U.S. Trustee<br>200 W. Capital, Suite 1200<br>Little Rock, AR 72201<br>Trustee | National Registered Agents, Inc. Of AR<br>Agent for Portfolio Recovery Assoc., LLC<br>455 W. Maurice St.<br>Hot Springs, AR 71901 |

Mr. Teave Stamatis
Attorney for Portfolio Recovery Associates, LLC
PO Box 17248
Little Rock, AR 72222                    /s/Laura Grimes

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE: TONYA RENEE GUNN      CASE NO: 13-12234      CHAPTER 7

# NOTICE OF OPPORTUNITY TO OBJECT

*NOTICE IS HEREBY GIVEN* that the captioned Debtors have filed a Motion to Avoid Liens. *YOU ARE FURTHER NOTIFIED* that you have twenty one (21) days from the date of this Notice to file a written objection and request a hearing. Objections must be filed with the Bankruptcy Court at 300 West Second Street, Little Rock, AR 72201. *FAILURE TO FILE AN OBJECTION TO THE MOTION TO AVOID LIEN SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE AN ORDER AVOIDING THE LIEN.*

If objections to the Motion to Avoid Lien are filed, they will be set for hearing by subsequent notice. If no objections are received, an order avoiding lien will be entered without further notice.

The automatic stay shall remain in full force until modified or vacated by the Court.

**KNOLLMEYER LAW OFFICE, P.A.**
2525 John Harden Drive
Jacksonville, AR 72076
(501) 985-1760

By:/s/Laura Grimes
    Michael Knollmeyer, AR86-105
    Laura Grimes, AR96-243
    Attorneys for Debtors

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that copies of the foregoing Notice and Motion To Avoid Lien have been mailed this 9th day of May, 2013, to:

| | |
|---|---|
| U.S. Trustee | National Registered Agents, Inc. Of AR |
| 200 W. Capital, Suite 1200 | Agent for Portfolio Recovery Assoc., LLC |
| Little Rock, AR 72201 | 455 W. Maurice St. |
| | Hot Springs, AR 71901 |
| Trustee | |
| | |
| Mr. Teave Stamatis | |
| Attorney for Portfolio Recovery Associates, LLC | |
| PO Box 17248 | |
| Little Rock, AR 72222 | /s/Laura Grimes |