# United States Bankruptcy Court

Eastern and Western **District Of** Arkansas

In re _Tonya Gunn_, Debtor

Case No. _13-12234_

Chapter _7_

## DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:.*

☒ I, _Tonya Gunn_
(Printed name of Debtor) , the debtor in the above-styled case hereby certify

that on _5/31/13_, I completed an instructional course in
(Date)

personal financial management provided by _GreenPath_, an
(Name of Provider)

approved personal financial management provider.

Certificate Number: _01401-ARE-DE-020889686_

☐ I, _____, the debtor in the above-styled case, hereby certify that
(Printed name of Debtor)

no personal financial management course is required because:

*[Check the appropriate box]*

☐ Incapacity or disability, as defined in 11 U.S.C. §109(h);
☐ Active military duty in a military combat zone; or
☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to service additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _[signature]_

Date: _7/15/13_

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) De NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the peition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under §341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under §1328(b) of the Code. (See Fed. R. Bankr. P. 1007©.)

Certificate Number: 01401-ARE-DE-020889686

Bankruptcy Case Number: 13-12234


01401-ARE-DE-020889686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 3, 2013, at 3:15 o'clock PM EDT, Tonya R Gunn completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Arkansas.

Date: May 3, 2013

By: /s/Jeremy Lark

Name: Jeremy Lark

Title: FCC Manager